THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CARNIVALE, Appellant.— Judgment reversed and new trial ordered. It is not shown beyond a reasonable doubt that defendant knowingly possessed the revolvers in question. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MAX BURNOFSKY, Appellant, v. DUDLEY HARDE and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.; Finch, P. J., dissents and votes for reversal and a new trial on the ground that the verdict is against the weight of the evidence.

HENRY M. HUBSHMAN and LOUIS HUBSHMAN, Copartners, etc., Respondents, v. SAMUEL BUCHNER, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

FIFTY GREENWICH STREET REALTY CORPORATION, Appellant, v. FURLONG REALTY CORPORATION and CONCORD CASUALTY AND SURETY COMPANY, Respondents, Impleaded with CHARLES J. FARLEY, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PRUDENCE COMPANY, INC., v. CENTRAL HANOVER BANK AND TRUST COMPANY OF NEW YORK, Trustee under a Trust Indenture between THE PRUDENCE COMPANY, INC., and CENTRAL UNION TRUST COMPANY OF NEW YORK, and SAMUEL W. GUMPERTZ, a Holder of a Bond of THE PRUDENCE COMPANY, INC., Issued under Said Trust Indenture.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ. [See 237 App. Div. 595.]

MAX FRIEDMAN, as Administrator, etc., of MILTON FRIEDMAN, Deceased, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.* — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.; Martin, J., dissents and votes for reversal and dismissal of the complaint.

JOSEPH SCHULBERG, Appellant, v. NATIONAL RESERVE INSURANCE COMPANY OF CHICAGO, ILLINOIS, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ARSENE W. LEAVENS, Appellant, against CHARLES B. MCLAUGHLIN, as District Attorney of the County of Bronx, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.